COMMONWEALTH of Pennsylvania,
Respondent,

v.

Bret Jason SHELPMAN, Petitioner.

Supreme Court of Pennsylvania.

Aug. 13, 2002.

### ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2002, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to the Superior Court's conclusion that Petitioner's ineffectiveness claim was not cognizable under the PCRA, the Order of the Superior Court is **VACATED**, and the matter is **REMANDED** for consideration of the merits of Petitioner's ineffective assistance claim. *See Commonwealth ex rel. Dadario v. Goldberg*, 565 Pa. 280, 773 A.2d 126 (2001).